Case 1:06-cr-00167-LJO   Document 12   Filed 05/12/06   Page 1 of 2

# United States District Court

_EASTERN_ DISTRICT OF _CALIFORNIA_

**FILED**
MAY 1 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**ORDER SETTING CONDITIONS
OF RELEASE**

_Charlene Marie Boeh_
Defendant

Case Number: _1:06 CR 00 167 AWI_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) _US DISTRICT COURT_

_2500 Tulare, Fresno_ · _5-30-06 at 9:00am_
Place / Date and Time
_Judge Ishii_

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

_(Def is ordered to appear)_

WHITE COPY - COURT     YELLOW - DEFENDANT     BLUE - U.S. ATTORNEY     PINK - U.S. MARSHAL     GREEN - PRETRIAL SERVICES

BOEH, Charlene                    **ADDITIONAL CONDITIONS OF RELEASE**
06-167 AWI


     Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( )      (6)     The defendant is placed in the custody of:

           Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

          SIGNED: _____
                  **CUSTODIAN OR PROXY**

(X)     (7)     The defendant shall:

( )     (a)     maintain or actively seek employment, and provide proof thereof to the PSO upon request.

( )     (b)     maintain or commence an educational program.

(X)     (c)     abide by the following restrictions on his personal associations, place of abode, or travel:
            Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.

( )     (d)     avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
            , unless in the presence of counsel or otherwise approved in advance by the PSO.

(X)     (e)     report on a regular basis to the following agency:
            Pretrial Services and comply with their rules and regulations.

( )     (f)     comply with the following curfew:

( )     (g)     refrain from possessing a firearm, destructive device, or other dangerous weapon.

(X)     (h)     refrain from **ANY** use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.

( )     (i)     undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or alcohol dependency, and pay for costs as approved by the PSO.

( )     (j)     execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:

( )     (k)     post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:

( )     (l)     execute a bail bond with solvent sureties in the amount of $

(X)     (m)     act to dispose of all outstanding traffic matters within 30 days, and provide proof thereof to the Pretrial Services Officer.

( )     (n)     surrender any passport to the Clerk, United States District Court.

( )     (o)     obtain no passport during the pendency of this case.

(X)     (p)     report in person to the Pretrial Services Agency following your initial appearance on May 12, 2006.

(X)     (q)     submit to drug and/or alcohol testing as directed by PSO.

(X)     (r)     report any prescriptions to PSO within 48 hours of receipt.

( )     (s)     participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.

          ( )   (i)  **Curfew.**  You are restricted to your residence every day ( ) from _____ to _____, or
               ( ) as directed by the Pretrial Services office or supervising officer; or

          ( )   (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer; or

          ( )   (iii)  **Home Incarceration.**  You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.


(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)