# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUN  6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:06-CR-00167 AWI
Charlene Marie Boeh )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Charlene Marie Boeh_____, have discussed with _____Lydia Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the following conditions of release be added: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  May 24, 06            _____  5-24-06
Signature of Defendant   Date                  Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                         6/5/06
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____John F. Garland_____                       6-3-06
Signature of Defense Counsel                    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _for thwith_.
☐ The above modification of conditions of release is *not* ordered.

_____                         June 6, 2006
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services