DANIEL J. BRODERICK, #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD GREG POMARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD GREG POMARES, etc., and<br>CHARLENE MARIE BOEH, etc.,<br><br>　　　　　　Defendants.<br>_____ | NO. 1:06-cr-00167 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; VACATE MOTIONS CALENDAR/HEARING TO BE RESET BY COURT; AND PROPOSED ORDER THEREON<br><br>Date:　September 18, 2006<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff and defendants' counsel of record herein, that the motions calendar and the hearing on said motions set for August 16, 2006 are hereby vacated to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between plaintiff and defendants' counsel herein, that the Status Conference hearing set for August 16, 2006 is continued to **September 18, 2006 at 9:00 a.m.** The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

1  ///

2  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

3  DATED:  August 9, 2006                    MCGREGOR W. SCOTT
                                              United States Attorney

6                                        By /s/ Marlon Cobar
                                              MARLON COBAR
7                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff

9  DATED: August 9, 2006                      DANIEL J. BRODERICK
                                              Federal Defender

11
                                         By /s/ Mark A. Lizárraga
12                                            MARK A. LIZARRAGA
                                              Assistant Federal Defender
13                                            Attorney for Defendant
                                              Richard Greg Pomares

15  DATED:  August 9, 2006

16                                            /s/ John F. Garland
                                              JOHN F. GARLAND
17                                            Attorney for Defendant
                                              Charlene Marie Boeh

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    August 15, 2006**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing;
Vacate Motions Calendar/Hearing, to be
Reset by the Court                      −2−