# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 13 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America vs. Charlene Boeh | Case No. 06-cr-0167 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Charlene Boeh____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follow:

Delete: Reside at & participate in the WestCare Short Term residential program as directed by program staff a & PSO. Replace with: You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

Expand the travel restriction to read: Your travel is restricted to the ED/CA unless otherwise approved in advance by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   8-25-06            _____[signature]_____   8-25-06
Signature of Defendant    Date              Pretrial Services Officer   Date
Charlene Boeh                                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                         9/6/06
Signature of Assistant United States Attorney   Date
Marlon Cobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                         8-23-06
Signature of Defense Counsel                  Date
John Garland

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___9/13/06___.
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                         9/13/06
Signature of Judicial Officer                 Date
SM SNYDER, U.S. Magistrate Judge

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services