1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MARK A. LIZARRAGA, CA Bar #186240
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   RICHARD GREG POMARES

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,          )   NO. 1:06-cr-00167 AWI
                                        )
12              Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE HEARING; AND PROPOSED
13       v.                             )   ORDER THEREON
                                        )
14   RICHARD GREG POMARES,etc., and     )   Date:  November 13, 2006
     CHARLENE MARIE BOEH, etc.,         )   Time:  9:00 a.m.
15                                      )   Judge: Hon. Anthony W. Ishii
                Defendants.             )
16                                      )
     _____ )
17

18       **IT IS HEREBY STIPULATED** by and between plaintiff and defendants' counsel herein, that

19   the Status Conference hearing set for September 18, 2006 in teth above captioned matter be continued to

20   **November 13, 2006 at 9:00 a.m.**

21       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22   justice, including but not limited to, the need for the period of time set forth herein for effective defense

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED:  September 14, 2006                    MCGREGOR W. SCOTT
                                                  United States Attorney
3

4

5                                         By /s/ Marlon Cobar
                                             MARLON COBAR
6                                            Assistant U.S. Attorney
                                             Attorney for Plaintiff
7
    DATED: September 14, 2006                  DANIEL J. BRODERICK
8                                              Federal Defender

9

10                                        By /s/ Mark A. Lizárraga
                                             MARK A. LIZÁRRAGA
11                                           Assistant Federal Defender
                                             Attorney for Defendant
12                                           Richard Greg Pomares

13
    DATED:  September 14, 2006
14
                                             /s/ John F. Garland
15                                           JOHN F. GARLAND
                                             Attorney for Defendant
16                                           Charlene Marie Boeh

17

18                              **O R D E R**

19       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

20  3161(h)(8)(A) and 3161(h)(B)(iv).

21

22  IT IS SO ORDERED.

23  **Dated:    September 15, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                              UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation to Continue Status Conference Hearing;
                              −2−