1   DANIEL J. BRODERICK, #89424
Federal Defender
2   MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
Telephone: (559) 487-5561

5

Attorney for Defendant
6   RICHARD GREG POMARES

7

8

IN THE UNITED STATES DISTRICT COURT
9

FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00167 AWI |
| | ) | |
| 12           Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND RESET |
| 13     v. | ) | VACATED MOTIONS SCHEDULE/HEARING; |
| | ) | AND ORDER THEREON |
| 14 RICHARD GREG POMARES,etc., and | ) | |
| CHARLENE MARIE BOEH, etc., | ) | Date:  February 6, 2007 |
| 15 | ) | Time:  9:00 a.m. |
|           Defendants. | ) | Judge: Hon. Anthony W. Ishii |
| 16 | ) | |
| _____ | ) | |
| 17 | | |

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and their respective counsel of

19 record herein,  that the Status Conference hearing set for November 13, 2006, in the above captioned

20 matter, be continued to **February 6, 2007 at 9:00 a.m.**

21       **IT IS FURTHER STIPULATED** by and between the parties hereto, and their respective counsel

22 of record herein, that the Motions Calendar, which was previously vacated,  will be reset as follows:

23 Defendants will file their motions on or  before **December 18, 2006**; plaintiff will respond to defendants'

24 motions on or before **January 22, 2007**; optional replies will be due on or before **January 29, 2007**; and

25 the Motions Hearing will be heard on **February 6, 2007 at 9:00 a.m.**

26         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

27 justice, including but not limited to, the need for the period of time set forth herein for effective defense

28 ///

1    reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2    DATED:  November 8, 2006                    MCGREGOR W. SCOTT
                                                 United States Attorney
3

4

5                                            By /s/ Marianne A. Pansa
                                                 MARIANNE A. PANSA
6                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
7

8    DATED: November 8, 2006                     DANIEL J. BRODERICK
                                                 Federal Defender
9

10                                           By  /s/ Mark A. Lizárraga
11                                               MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
12                                               Attorney for Defendant
                                                 Richard Greg Pomares
13

14   DATED:  November 8, 2006

15                                               /s/ John F. Garland
                                                 JOHN F. GARLAND
16                                               Attorney for Defendant
                                                 Charlene Marie Boeh
17

18                              **O R D E R**

19        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

20   3161(h)(8)(A) and 3161(h)(B)(iv).

21

22
     IT IS SO ORDERED.
23
     **Dated:   November 13, 2006**          **/s/ Anthony W. Ishii**
24   0m8i78                                  UNITED STATES DISTRICT JUDGE

25

26

27

28