IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD GREG POMARES and<br>CHARLENE MARIE BOEH,<br><br>        Defendants. | NO. 1:06-cr-00167 AWI<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING AND ORDER<br><br>Date: March 5, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

On January 31, 2007, the parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for February 5, 2007, **may be continued to March 5, 2007, at 9:00 A.M.**

This continuance is requested because this matter was just recently reassigned to Counsel for Defendant Pomares and she needs time for case review and to meet and confer with Defendant and review documents with him prior to hearing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                      McGREGOR M. SCOTT<br>
                                                      United States Attorney

DATED: January 31, 2007                By:   /s/ Marianne A. Pansa<br>
                                                               MARIANNE A. PANSA<br>
                                                               Assistant United States Attorney<br>
                                                               Attorney for Plaintiff

```
                                            DANIEL J. BRODERICK
                                            Federal Defender


DATED: January 31, 2007             By:   /s/  Ann H. Voris
                                          ANN H. VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Richard Greg Pomares



DATED: January 31, 2007                    /s/   John F. Garland
                                          JOHN F. GARLAND
                                          Attorney for Defendant
                                          Charlene Marie Boeh
```

### O R D E R

In light of the stipulation, **IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   February 1, 2007**                **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

-2-